IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:02-CR-72-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| PAMMY GAIL CUMMINGS | ) | |

This matter is before the Court on Ms. Cummings' letter to the Court, filed March 9, 2012, in which she seeks appointment of Mr. James M. Ayers, II to determine whether she may be eligible for relief as a result of the recent decision of *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (en banc). Pursuant to Standing Order No.11-SO-3 (E.D.N.C. Oct. 18, 2011), Mr. Ayers, as the CJA panel attorney who previously represented Ms. Cummings, is appointed to represent Ms. Cummings in connection with these proceedings. The Clerk is DIRECTED to serve the Office of the Federal Public Defender of the Eastern District of North Carolina and Mr. Ayers with a copy of this Order.

SO ORDERED. This 3 day of April, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE